Jay Stejn (SBN 141042)
FINESTONE & RICHTER
A Professional Corporation
1875 Century Park East, Suite 1500
Los Angeles, California 90067-2516
Telephone: (310) 575-0800
Facsimile: (310) 575-0170
(jstein@frlawcorp.com)

Attorneys for Biotab, Biotab Nutraceuticals, Inc.

FILED
CLERK, U.S. DISTRICT COURT
DEC - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTAB NUTRACEUTICALS, INC., a California corporation,<br><br>Biotab,<br><br>vs.<br><br>BEAMONSTAR, LLC, an Arizona limited liability company; JEFF BOLANOS, an individual dba BEAMONSTAR; BEAMONSTAR PRODUCTS, INC., an Arizona corporation; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.: CV10 5335 SVW (JEMx)<br><br>[Proposed]<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of Plaintiff Biotab Nutraceuticals, Inc. as against Defendants Beamonstar, LLC, Jeffrey Levi Bolanos, and Beamonstar Products, Inc., jointly and severally, as follows:

1. A permanent injunction is hereby entered, prohibiting each of the Defendants, and their members, directors, officers, employees, agents, representatives,

successors, assigns, and all other persons or entities acting for the benefit of, on behalf of, or in concert with, any of the Defendants from:

    1.1    In any manner, using Biotab's trademark, "ExtenZe®," or any colorable imitation thereof;

    1.2    In any manner, using any trademark that imitates, is confusingly similar to, or is in any way similar to or a variation of, Biotab's trademark, "ExtenZe®;"

    1.3    Engaging in any act that tends to lend the impression to consumers that Defendants' goods and services are, in any way, of the same origin as, related to, or a variation of, Biotab's goods and services associated with the trademark, "ExtenZe®;"

    1.4    Importing into the United States any goods purporting to be Biotab's goods or goods associated with, or intended prospectively to be associated with, Biotab or Biotab's ExtenZe® trademark;

    1.5    Manufacturing or causing to be manufactured, advertising, marketing, offering for sale, selling, distributing or delivering any goods purporting to be Biotab's goods or goods associated with, or intended prospectively to be associated with, Biotab or Biotab's ExtenZe® trademark;

    2.    Each Defendant is ordered, pursuant to 15 USC § 1118, to deliver up for destruction all advertising, promotional materials, signs, packaging, labels, containers, or other materials within their possession, custody or control bearing any trademark that infringes upon Biotab's ExtenZe® trademark, as well as all plates, matrices, tools, dyes, electronic files, and any other means of making same.

3. Pursuant to 15 USC §1117, each Defendant is jointly and severally liable for all damages suffered by Biotab that was proximately caused by the acts complained of herein, in the sum of Five Million, One Hundred Thousand Dollars ($5,100,000.00), which damages are trebled to total Fifteen Million, Three Hundred Thousand Dollars ($15,300,000.00).

4. Biotab shall recover its reasonable attorney's fees, in the amount of $108,870.56.

5. Biotab shall recover its costs of suit herein.

DATED: *December 9*, 2011

Stephen V. Wilson
United States District Judge